1  **ROBINSON, CALCAGNIE & ROBINSON**
   620 Newport Center Drive, Suite 700
2  Newport Beach, California  92660
   Telephone: (949) 720-1288
3  Facsimile: (949) 720-1292

4

5  Attorneys for Plaintiff, Leonora Randall

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12

13                                                )   **CASE NO. C05-5415 (CRB)**
       **IN RE: BEXTRA AND CELEBREX**             )
14     **MARKETING SALES PRACTICES AND**          )   **MDL NO. 1699**
       **PRODUCT LIABILITY LITIGATION**           )   **District Judge:  Charles R. Breyer**
15     _____  )
                                                  )
16     LENORA RANDALL,                            )
                                                  )
17              Plaintiff,                        )   **STIPULATION AND ORDER OF**
                                                  )   **DISMISSAL WITH PREJUDICE**
18     vs.                                        )
                                                  )
19                                                )
       G.D. SEARLE & CO., PHARMACIA               )
20     CORPORATION; MONSANTO COMPANY,             )
       a Delaware corporation; PFIZER, INC., a    )
21     Delaware corporation,                      )
                                                  )
22              Defendants.                       )
                                                  )
23                                                )
       _____ )
24

25

26          Come now the Plaintiff, **LEONORA RANDALL** and Defendants, by and through the

27  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

28

                                          -1-

1  stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

2  fees and costs.

3

4

5      DATED: September 1, 2009          ROBINSON, CALCAGNIE & ROBINSON

6                                        By: _Mark P. Robinson, Jr._

7                                            MARK P. ROBINSON, JR.
                                            Attorneys for Plaintiff Leonora Randall

8

9      DATED: __Oct. 22__ , 2009        DLA PIPER LLP (US)

10

11                                       By: __/s/_____
                                             Matt Holian

12                                       Attorneys for Defendants

13

14

15     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
       **IT IS SO ORDERED.**

16

17     Dated: __OCT 2 8 2009__

18                                       Hon. Charles R. Breyer
                                         United States District Court

19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42531961.1